# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK COOMBS,** | : | **CIVIL ACTION NO. 1:05-CV-2308** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **DONALD KELCHNER, WARDEN SCI CAMP HILL,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 15th day of November, 2005, upon consideration of the petitioner's initial filing entitled "Motion for preliminary cause and prejudice hearing" (Doc. 1), and it appearing that petitioner has not substantially followed the form prescribed by local district-court rule, See R. GOVERNING § 2254 CASES R. 1(d), in filing his petition for writ of habeas corpus, it is hereby ORDERED that:

1. The Clerk of Court shall provide to petitioner a form for use for a "Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody."

2. Petitioner shall complete the form per the instructions, place Civil Action No. 1: CV-05-2308 on the form, and file it with the court on or before December 5, 2005.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge