# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK COOMBS,** | : CIVIL ACTION NO. 1:05-CV-2308 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **DONALD KELCHNER, WARDEN SCI CAMP HILL,** | : |
| Respondent | : |

## ORDER

AND NOW, this 7th day of April, 2006, upon consideration of the petition for writ of habeas corpus (Doc. 9) and the exhibits annexed thereto, it is hereby ORDERED that:

1. Petitioner's motion to proceed *in forma pauperis* (Doc. 2) is GRANTED.

2. The Clerk of Court is directed to serve copies of the petition (Doc. 9), the annexed exhibits, and this order by certified mail on respondent, the District Attorney of Centre County, and the Attorney General of Pennsylvania. See R. GOVERNING § 2254 CASES R. 4.

3. The Clerk of Court is directed to note the address of the District Attorney of Centre County on the docket sheet.

4. Respondent shall file an answer to the petition (Doc. 9) within twenty (20) days of the date of this order. See R. GOVERNING § 2254 CASES R. 5(b)-(d) (requiring that answer state whether petition is barred by a failure to exhaust state remedies, a procedural bar, non-retroactivity, or a statute of limitations, and include relevant state court transcripts and briefs).

5. Petitioner shall be permitted to file a reply to the answer within fifteen (15) days of the filing of the answer. See R. GOVERNING § 2254 CASES R. 5(e).

6. The court will decide whether to hold a hearing on the petition based on the petition, respondent's answer, and, if filed, petitioner's reply. <u>See</u> R. GOVERNING § 2254 CASES R. 8(a).

<u>  /s/ Christopher C. Conner  </u><br>
CHRISTOPHER C. CONNER<br>
United States District Judge