# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK COOMBS,** | : CIVIL ACTION NO. 1:05-CV-2308 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **DONALD KELCHNER, WARDEN SCI CAMP HILL,** | : |
| Respondent | : |

## ORDER

AND NOW, this 31st day of July, 2006, upon consideration of petitioner's motion (Doc. 28) for an physical examination to ascertain whether he has been subjected to cruel and unusual punishment at the hands of Pennsylvania Department of Corrections medical personnel in violation of the Eighth Amendment, and it appearing that such a motion has no place in this litigation as petitioner is presently pursuing a petition for writ of habeas corpus, it it is hereby ORDERED that the motion is DENIED.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge