# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK COOMBS,** | : | **CIVIL ACTION NO. 1:05-CV-2308** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **DONALD KELCHNER, WARDEN SCI CAMP HILL,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 16th day of October, 2006, upon consideration of petitioner's motion for default judgment (Doc. 48), it is hereby ORDERED that the motion is DENIED.  See Lemons v. O'Sullivan, 54 F.3d 357, 364-65 (7th Cir. 1995) (concluding that entry of default judgment is unavailable in habeas corpus proceedings); Goodman v. Keohane, 663 F.2d 1044, 1047 n. 4 (11th Cir. 1981).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge