# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK COOMBS,** | : CIVIL ACTION NO. 1:05-CV-2308 |
| **Petitioner** | : (Judge Conner) |
| v. | : |
| **DONALD KELCHNER, WARDEN SCI CAMP HILL,** | : |
| **Respondent** | : |

## ORDER

AND NOW, this 13th day of November, 2006, upon consideration of petitioner's motion (Doc. 52) for relief from order of court pursuant to FED. R. CIV. P. 60(b), and it appearing that petitioner merely reargues matters addressed by the court and disposed of in a previous order (Doc. 47), see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa.) ("A motion for reconsideration is not to be used to reargue matters already argued and disposed of."), aff'd, 31 F.3d 1174 (3d Cir. 1994), it is hereby ORDERED that plaintiff's motion for reconsideration (Doc. 52) is DENIED.  It is further ORDERED that plaintiff's request that the undersigned recuse himself is DENIED because the allegations of impartiality are without merit.  See 28 U.S.C. § 455; see also, In re Bradford, 140 Fed.Appx. 430, 431 (3d Cir. 2005).

 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge