# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK COOMBS**, | : | CIVIL ACTION NO. 1:05-CV-2308 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **DONALD KELCHNER, WARDEN SCI CAMP HILL**, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 4th day of January, 2007, upon consideration of the order of court (Doc. 54) directing respondent to file an answer to the petition for writ of habeas corpus on or before December 9, 2006, and it appearing that, as of the date of this order, respondent has not filed an answer[1], it is hereby ORDERED that respondent shall, on or before January 16, 2007, file a response showing cause why he should not be held in contempt of court.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Christopher C. Conner  
　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER  
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Significantly, the December 9, 2006 order granted respondent's eighth motion for an extension of time to file an answer.