**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DERRICK COOMBS,** | : | **CIVIL ACTION NO. 1:05-CV-2308** |
| | : | |
| **Petitioner** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **DONALD KELCHNER, WARDEN** | : | |
| **SCI CAMP HILL,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 9th day of January, 2008, upon consideration of petitioner's "Rule 60(b) and Rule 52 Motion to Vacate Void Order and For Recusal of Judge Conner" (Doc. 85), which was filed in response to this Court's recent order denying his motion for relief of judgment (Doc. 84), it is hereby ORDERED that the motion is DENIED.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge