# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK COOMBS**, | : | **CIVIL ACTION NO. 1:05-CV-2308** |
| **Petitioner** | : | **(Judge Conner)** |
| v. | : | |
| **DONALD KELCHNER, WARDEN SCI CAMP HILL**, | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 12th day of February, 2008, upon consideration of petitioner's "Rule 60(b) petition and motion for order to U.S. Marshals to return ct. filing notice of denial of court access and obstruction of justice <u>Bivens</u> claim" (Doc. 87), in which petitioner argues that his prior Rule 60(b) and Rule 52 motions (Docs. 84, 85) were never seen by this court and that they were tampered with by a clerk, and it appearing that this argument is completely unfounded as this court previously reviewed the motions and issued an order (Doc. 86) denying same, it is hereby ORDERED that the motion is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge