IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK COOMBS,** | : | **CIVIL ACTION NO. 1:05-CV-2308** |
| Petitioner | : | **(Chief Judge Conner)** |
| v. | : | |
| **DONALD KELCHNER, WARDEN, SCI CAMP HILL,** | : | |
| Respondent | : | |

# ORDER

AND NOW, this 18th day of February, 2014, upon consideration of Coombs' motion (Doc. 97) to reopen the matter and to hold an evidentiary hearing, and motion (Doc. 101) to expedite, and for the reasons stated in this Court's Memorandum of the same date, it is hereby ORDERED that the motions are DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania