# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK COOMBS,** | : | CIVIL ACTION NO. 1:05-CV-2308 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **DONALD KELCHNER, WARDEN, SCI CAMP HILL,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 13th day of May, 2014, upon consideration of Coombs' Rule 60 motion (Doc. 107) for relief from judgment, it is hereby ORDERED that the motion is DENIED. Any further motions filed by Coombs seeking relief from this Court's judgment of May 29, 2007, or from any subsequent orders denying motions filed pursuant to Federal Rule of Civil Procedure Rule 60, or for relief from judgment or reconsideration will be stricken from the record.[1]

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] Coombs' petition for writ of habeas corpus was denied on May 29, 2007. (Doc. 76). He subsequently filed two motions to vacate (Docs 77, 85) and a Rule 60(b) motion (Doc. 87), all of which were denied (Docs. 84, 86, 89). He filed a notice of appeal and, on May 15, 2008, the United States Court of Appeals for the Third Circuit denied his request for a certificate of appealability (Docs 95-96). On August 6, 2013, he filed a motion (Doc. 97) to reopen his case and for an evidentiary hearing. The motion was denied *via* a Memorandum (Doc. 103) and Order (Doc. 104) dated February 18, 2014. Thereafter, he filed a motion (Doc. 105) for relief and reconsideration, which was recently deemed withdrawn (Doc. 106) for failure to file a supporting brief.